UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HUNT LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEAR BLUE SPECIALTY INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 20-cv-07053-AGT<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 23 |

On December 23, 2020, defendant Berkley Insurance Company ("Berkley") filed a motion to dismiss plaintiff's first amended complaint pursuant to Fed. R. Civ. P. 12(b)(6) which is currently set for hearing on January 29, 2021. ECF No. 21. Plaintiff failed to oppose the motion and on January 7, 2021, the day after plaintiff's opposition was due, Berkley filed a statement in lieu of reply requesting its motion be granted as unopposed. ECF No. 22. Then, on January 12, 2021, without leave of court or written consent from the adverse parties, plaintiff filed a second amended complaint. ECF No. 23. Berkley objects, and correctly observes that plaintiff's second amended complaint is procedurally improper under Fed. R. Civ. P. 15, which permits only one amendment as a matter of right.[1] *See* ECF No. 24.

Plaintiff is therefore ordered to show cause, in writing, by **Friday, January 29, 2021**, why the second amended complaint should not be stricken for failure to comply with Fed. R. Civ. P.

---

[1] The Court notes that neither the operative first amended complaint nor the improperly-filed second amended complaint complies with Civil Local Rule 5.1(e)(2), which requires that documents in electronic format "be converted to PDF from the word processing original, not scanned, to permit text searches" prior to e-filing. Similarly, with respect to both amended complaints, plaintiff failed to "concurrently file a redlined or highlighted version comparing the amended pleading to the prior operative pleading" as required by this Court's Civil Standing Order, *see* Section VI.B, available at https://www.cand.uscourts.gov/judges/tse-alex-g-agt/. Going forward, plaintiff must comply with the Local Rules and this Court's standing order.

15(a)(2). Plaintiff's submission must be accompanied by a redlined version of the second amended complaint. Berkley may file a response of 15 pages or less by **Friday, February 5, 2021**. The hearing on Berkley's pending motion to dismiss is vacated and will be reset if necessary.

**IT IS SO ORDERED.**

Dated: January 20, 2021

ALEX G. TSE
United States Magistrate Judge